IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TAXICAB WORKERS, an unincorporated association, MARSHALL CHILDS, an individual, DAVID BARLOW, an individual, DAVID SCHNEIDER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants.<br>_____/ | No. C 08-05415 WHA<br><br><br>**ORDER RE ORAL ARGUMENT ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

The Court is inclined to rule on the motion for judgment on the pleadings on the papers and without oral argument. If, however, either counsel files a statement notifying the Court by **FRIDAY, MAY 22, 2009 AT 2 P.M.** that a young attorney (who has been four years or fewer out of law school) will argue the motion, then the Court will hear oral argument to provide the young attorney with an opportunity for argument and the ruling will be postponed. Please do not ask for oral argument for associates with more experience than four years.

**IT IS SO ORDERED.**

Dated: May 21, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE