IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TAXICAB WORKERS, an unincorporated association, MARSHALL CHILDS, an individual, DAVID BARLOW, an individual, DAVID SCHNEIDER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | No. C 08-05415 WHA<br><br>**ORDER DISMISSING CASE** |

The Court is in receipt of plaintiffs' response to the June 4 order re necessary parties. Plaintiffs stated that they elect not to name the taxicab companies as parties in this action. For the reasons set forth in the previous orders herein, this action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: June 17, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE